



BY ECF

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
Unites States District Judge Southern
District of New York
40 Foley Square
New York, NY 10007

October 15. 2021

Re: **United States v. Gangadai Rampersaud Azim**
**21 CR 00427 (KPF)**

Your Honor:

  Recently, I was ordered to be ready for pre-trial hearings involving 14 witnesses in Kings County on a manslaughter case (People v. Ariyarajah, Indictments 319-2019, 2104-2019, and 1762-2019) which has been through scores of delays because of pandemic related issues and other complication involving legal issues. The pre-trial hearings are slated for October 19, 2021 which conflicts with our sentencing in the above matter. If the Court and Government are available in the morning of October 27, 28, or 29th we could complete the sentencing in the Azim matter.

  Unfortunately, I was recently moved to the top of the post-pandemic trial list in the SDNY on US v. Mora 19 Cr. 514 (JPO) because that case involves a single defendant who has been incarcerated for several years. The trial is slated for November 1, 2021 and will last approximately 3-4 weeks. Therefore, if our sentencing matter cannot be scheduled for the end of October to the suggested dates I would not be available until late November or early December.

  I apologize to all parties for any inconvenience. This is my first request for any adjournment and because of several post-pandemic extenuating circumstances I have been forced to adjust my schedule seemingly with few alternative options.

Respectfully,

_____
Matthew D. Myers
Attorney

N•Y•C

Application GRANTED. The sentencing in this matter scheduled for October 19, 2021, is hereby adjourned to **January 11, 2022, at 4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Date:   October 15, 2021
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE