

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable Katherine Polk Failla
Unites States District Judge Southern
District of New York
40 Foley Square
New York, NY 10007

October 15. 2021

**MEMO ENDORSED**

Re: United States v. Gangadai Rampersaud Azim
21 CR 00427 (KPF)

Your Honor:

    Because of various conflicts described in a previous communication to the Court the Defense is requesting this sentencing matter be adjourned to January 6, 2022. The Government has communicated to the Defense that they will be available on that date.

Respectfully,

/s/Matthew D. Myers
Attorney

In light of the parties' expressed preference for a date on which to hold sentencing in this matter, the sentencing currently scheduled for January 11, 2022, is hereby rescheduled to **January 6, 2022, at 4:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Date:    October 18, 2021
            New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE