

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

D[ 'GEH

The Honorable Katherine Polk Failla
Unites States District Judge Southern
District of New York
40 Foley Square
New York, NY 10007

April 20."4244"



Re: United States v. Gangadai Rampersaud Azim
21 CR 00427 (KPF)

Your Honor:

    Recently, Ms. Azim received her prison designation at FMC Carswell in Fort Worth, Texas for May 9, 2022.  Ms. Azim has a scheduled flight with her family for May 7, 2022 from New York to Fort Worth, Texas.  She and her family plan to stay at a hotel on May 7, 2022 and May 8, 2022 then surrender at the facility in Fort Worth, Texas the morning of May 9, 2022.  Apparently, Ms. Azim's U.S. Pretrial Services Officer Karina Chin Vilefort is requesting the Court approve of said travel for the surrender.

    Respectfully,

/s/Matthew D. Myers
Attorney

```
Application GRANTED.  Ms. Azim shall be permitted to travel to Texas on the
date specified above so that she may timely surrender at her designated
facility.  The Clerk of Court is directed to terminate the pending motion at
docket entry 49.

Dated:    April 21, 2022              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

N • Y • C