

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF
The Honorable Katherine Polk Failla
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

November 29, 2022

**MEMO ENDORSED**

Re: United States v. Gangadai Rampersaud Azim
    21 CR 00427 (KPF)

Your Honor:

    I represent the above referenced defendant. Recently, Ms. Azim was released to a halfway house from a federal prison. She checks into the location each day but is permitted to stay at her home for the most part.

    Pre Trial Services Officer Assistant Karina Chin Vilefort reached out to me concerning Ms. Azim's passport. As per office policy Pre Trial Services is asking that I provide a court order before the passport is returned to Ms. Azim. We hereby ask for this Court to order that the passport be returned to Ms. Azim.

    Thank-you for your consideration of this matter.

Respectfully,
M. Myers
Matthew D. Myers
Attorney

N • Y • C

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 62.

Dated:    November 30, 2022          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE